Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★ ★ ★ ★ ★

## MEMORANDUM OPINION

No. 04-11-00693-CV

**IN THE INTEREST OF J.I.K.**, A Child

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 10-120
Honorable Bill R. Palmer, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  November 2, 2011

DISMISSED

This is an accelerated appeal from the trial court's order terminating appellant father's, J.C.K. Jr., parental rights. The clerk's record was due August 29, 2011, ten days after the notice of appeal was filed. TEX. R. APP. P. 35.1(b). On September 19, 2011, the District Clerk of Kendall County filed a notification stating the clerk's record would not be filed because appellant had not paid or made arrangements to pay the clerk's fee to prepare the record and is not entitled to appeal without paying the fee. On September 22, 2011, we ordered appellant to provide written proof to this court on or before October 12, 2011 that either (1) the clerk's fee has been paid or arrangements had been made to pay the clerk's fee; or (2) he is entitled to appeal without paying the clerk's fee. We cautioned appellant that if he failed to respond within

the time provided, his appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b). Appellant has not filed a response.

We therefore **order** this appeal dismissed for want of prosecution. We further **order** that appellee, the Texas Department of Family & Protective Services, recover its costs in this appeal from appellant father, J.C.K. Jr.


PER CURIAM